UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| RYAN D. GOOCH, | ) | Case No. 4:19-cv-00099 |
| | ) | |
| Plaintiff, | ) | Judge Joseph H. McKinley, Jr. |
| | ) | Magistrate Judge Brent Brennenstuhl |
| vs. | ) | |
| | ) | **DEFENDANTS' MOTION TO RE-** |
| CRETE CARRIER CORPORATION, et al., | ) | **OPEN FACT DISCOVERY;** |
| | ) | **MEMORANDUM IN SUPPORT** |
| | ) | **WITH EXHIBIT A ATTACHED;** |
| Defendants. | ) | **PROPOSED ENTRY ATTACHED** |
| | ) | |

Pursuant to Fed. R. Civ. P. 16(b)(4), Defendants Crete Carrier Corporation and Gordon Horton, by and through counsel, move the Court to re-open fact discovery to depose at least one newly discovered fact witness to the motor vehicle collision; to complete the depositions of Plaintiffs' lay witnesses on damages; and to allow Defendants to propound requests for admissions upon Plaintiff Ryan Gooch to authenticate Facebook photographs of him which were discovered on Facebook and/or posted to Facebook since December 31, 2022.

The attached Memorandum supports this motion. A proposed Entry is attached.

Respectfully submitted,

*s/ Chad M. Sizemore*
Chad M. Sizemore
WHITTEN LAW OFFICE, LLC
9078 Union Centre Blvd., Suite 350
West Chester, OH  45069
Phone: 513-268-8517
Fax: 513-480-5547
Email: csizemore@cincycounsel.com

*Attorney for Defendants Crete Carrier Corporation and Gordon Horton*

## CERTIFICATE OF SERVICE

I certify that on February 8, 2023, the foregoing Defendants' Motion to Re-Open Fact Discovery was electronically filed with the Clerk of Court by using the CM/ECF eFiling system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Chad M. Sizemore*
Chad M. Sizemore